MARC L. PINCKNEY, #127004
LAW OFFICE OF MARC L. PINCKNEY
8677 Villa La Jolla Drive, Ste. 230
La Jolla, California 92037
Telephone: (858) 777-3090

ATTORNEYS FOR DEFENDANTS
JOHN and MARIA VITALICH

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>JOHN JEFFERSON VITALICH and<br>MARIA TERESA AURIGUE VITALICH,<br><br>Debtors.<br>_____<br><br>MARILYN POPE,<br><br>Plaintiff,<br><br>v.<br><br>JOHN JEFFERSON VITALICH and<br>MARIA TERESA AURIGUE VITALICH,<br><br>Defendants. | Case No. 10-50221-ASW<br><br>CHAPTER 11<br><br><br><br><br>Adversary Proceeding<br><br>Case No. 10-05090-ASW<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT MARIA TERESA AURIGUE VITALICH PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) AND F.R.B.P 7041** |

IT IS HEREBY STIPULATED AND AGREED by and Plaintiff MARILYN POPE and Defendant MARIA TERESA AURIGUE VITALICH, and their respective counsel, that the above captioned action is voluntarily dismissed with prejudice against Defendant MARIA TERESA AURIGUE VITALICH, only, and without costs or attorney's fees to any party pursuant Federal

//

---

STIPULATION FOR VOLUNTARY DISMISSAL OF MARIA VITALICH

Rules of Civil Procedure 41(a)(1)(A)(ii) and F.R.B.P. 7041.

Dated: March 31, 2014                LAW OFFICES OF DAVID M. HOLLINGSWORTH


By:   /s/ David M. Hollingsworth
      David M. Hollingsworth
      Attorneys for Plaintiff
      Marilyn Pope


Dated: March 21, 2014                LAW OFFICE OF MARC L. PINCKNEY


By:   /s/ Marc L. Pinckney
      Marc L. Pinckney
      Attorney for Defendants
      JOHN JEFFERSON VITALICH and MARIA
      TERESA AURIGUE VITALICH